DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant JOHNATHAN RATCLIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHNATHAN RATCLIFF,<br>Defendant. | Case Nos. 3:19-CR-219 CRB<br>3:21-CR-183 CRB<br>3:26-CR-065 CRB<br><br>**STIPULATION AND MODIFIED [~~PROPOSED~~] ORDER** |

These related matters are set for a status hearing on August 13, 2026. The parties request a continuance to permit the defense to conduct investigation. Accordingly, the parties request that the status hearing be continued to October 28, 2026 ~~October 15, 2026~~.

The parties further stipulate that the time between August 13, 2026, and October 28, 2026 ~~October 15, 2026~~, be excluded for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree, and ask the Court to find, that the requested exclusion of time is in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

//

//

SO STIPULATED.

July 31, 2026
Date

RIZK & SHEARER LLP

/S

DAVID W. RIZK
Counsel for Mr. Ratcliff

July 31, 2026
Date

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S

GALEN PHILLIPS
Assistant United States Attorney

SO ORDERED.

August 4, 2026
Dated

HON. CHARLES R. BREYER
Senior United States District Judge